1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   ROSALINDA OCAVA DE BUGARIN,              ) Case No.: 1:15-cv-01599 --- JLT
                                              )
12                Plaintiff,                  ) ORDER TO PLAINTIFF TO SHOW CAUSE
                                              ) WHY THIS MATTER SHOULD NOT BE
13          v.                                ) DISMISSED DUE TO HER ATTORNEY'S
                                              ) INELIGIBILITY TO PRACTICE IN THIS COURT
14   LA QUINTA CALIFORNIA., et al.,           )
                                              )
15                Defendants.                 ) ORDER CONTINUING STATUS CONFERENCE
                                              ) RE: CONSENT/MANDATORY SCHEDULING
16                                            ) CONFERENCE

17

18          Defendant, LQ Management, LLC, removed this action to this Court on October 19, 2015.

19   (Doc. 1)  The next day, the Clerk of the Court notified plaintiff's counsel, Craig L. Chisvin, that he

20   was not a member of this Court and directed him to become a member and register for access to the

21   Court's electronic case filing/docketing system. (Doc. 5)  Nevertheless, Mr. Chisvin has failed to

22   comply and remains ineligible to practice in this Court.  Therefore, the Court **ORDERS**:

23          1.      No later than January 11, 201, Plaintiff **SHALL** show cause in writing why the matter

24   should not be dismissed due to her attorney's lack of membership in this Court.  Alternatively, by

25   January 11, 2016, Plaintiff may file a substitution of attorneys noting either retention of new counsel

26   or that she intends to proceed pro se or Mr. Chisvin will become a member of the Court;

27   ///

28   ///

                                              1

1        2.      The status conference re: consent/initial scheduling conference is continued to

2    **February 11, 2016** at 9:00 a.m.  Appearances via the CourtCall service are authorized.

3

4    IT IS SO ORDERED.

5       Dated:    **December 28, 2015**            **/s/ Jennifer L. Thurston**

6                                      UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28